```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CLAUDIO DAREZZO,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :            23 Civ. 8013 (JPC)
                -v-                                                    :
                                                                       :                 ORDER
BDSHEA GRAND, LLC et al.,                                              :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On September 25, 2023, Plaintiff served Defendant BDSHEA Grand, LLC with copies of the Summons and Complaint.  Dkt. 6.  BDSHEA Grand, LLC's deadline to respond to the Complaint was therefore October 16, 2023.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint from BDSHEA Grand, LLC.  Accordingly, the Court extends *sua sponte* BDSHEA Grand, LLC's deadline to respond to the Complaint until October 24, 2023.

      SO ORDERED.

Dated: October 17, 2023  
      New York, New York  

                                                     JOHN P. CRONAN  
                                                United States District Judge