# THE MARKS LAW FIRM, P.C.

February 7, 2024

**FILED VIA ECF**
Hon. John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007-1312

      RE:    **CLAUDIO DAREZZO V. BDSHEA GRAND, LLC AND OR 145 AVENUE C, LLC.**
              Index:  1:23-cv-8013 (JPC)

Dear Judge Cronan,

    Plaintiff respectfully requests this Court permanently remove/strike document #20 on the ECF docket from the record, or permanently seal document #20 from the ECF docket, which is currently temporarily sealed. This request is made on consent of all parties.

    The reason for this request is that when I filed the stipulation of voluntary dismissal with prejudice, I inadvertently uploaded the confidential settlement agreement, instead of the stipulation. When I realized the error, I emailed and called ECF help desk, who graciously temporarily sealed ECF document #20, with the understanding that I would contact Your Honor, on consent of all parties, to remove ECF document #20 or in the alternative permanently seal the same. I also refiled the correct stipulation of voluntary dismissal, which is now ECF document # 21. This is the first request of its kind as well.

    I thank this Court and staff for your attention to this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
    Bradly G. Marks

The request is granted.  The Clerk of Court is respectfully directed to strike Docket Number 20 from the record and to close Docket Number 22.

SO ORDERED.
Date: February 8, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

155 E 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com